**Order entered March 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00191-CV
No. 05-18-00192-CV
No. 05-18-00193-CV

**IN RE JUAN SUAREZ, Relator**

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1253672-U, F-1254454-U, and F-1254455-U**

## ORDER
Before Justices Lang, Myers, and Whitehill

Before the Court is relator's February 21, 2018 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition by March 28, 2018.

/s/     DOUGLAS S. LANG
JUSTICE